JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARGARITA COTA DE TORRES, an individual,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>KOHL'S, INC., a California Corporation, and DOES 1 through 20, Inclusive,<br><br>　　　　　Defendants. | Case No.: 8:21-CV-02131-DOC-(KESx)<br><br>Removed from Orange County Superior Court Case No. 30-2021-01231102-CUC<br><br>*[Assigned to Hon. David O. Carter]*<br><br>**ORDER RE JOINT STIPULATION TO REMAND REMOVED ACTION TO STATE COURT [24]**<br><br>Action Filed:　　November 10, 2021<br>Removal Date:　　December 29, 2021<br>Federal Judge:　　Hon. David O. Carter |

///
///
///
///
///
///
///

L&N File #: 5838

-1-

**ORDER RE JOINT STIPULATION TO REMAND REMOVED ACTION TO STATE COURT**

# ORDER

The Court having reviewed the stipulation and with good cause appearing therefor, orders as follows:

    1.    The Parties stipulation is approved;

    2.    Central District of California case number 8:21-cv-02131-DOC-KESx captioned *Margarita Cota De Torres v. Kohl's, Inc.* is hereby remanded to Orange County Superior Court without prejudice to either party to seek removal at a later date.

IT IS SO ORDERED.

Dated: March 9, 2022

                                         */s/ David O. Carter*
                                         The Honorable David O. Carter
                                         Judge of the United States District Court